THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:10cv214

| | |
|---|---|
| ROBERT D. GADDY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| W.M. YELTON, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on the Defendants' Motion for Summary Judgment [Doc. 43]. The Court held a hearing on this motion on August 24, 2012.

For the reasons stated in open court, the Defendants' Motion is denied.

**IT IS, THEREFORE, ORDERED** that the Defendants' Motion for Summary Judgment [Doc. 43] is **DENIED**.

**IT IS SO ORDERED.**

Signed: August 27, 2012

Martin Reidinger
United States District Judge